IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02429-CMA-KLM

MARION HARPER,

    Plaintiff,

v.

ROBIN CRONK, Montezuma County Sheriff's Dept.,
MONTEZUMA COUNTY BOARD OF COMMISSIONERS,
CITY OF CORTEZ, COLORADO,
ANGELO MARTINEZ, Cortez, Colorado, Police Department,
RUSSELL WASLEY, District Attorney, 22nd Judicial District,
HON. J. E. LAWRENCE, Judge, 22nd Judicial District,
HON. DOUGLAS WALKER, Judge, 22nd Judicial District, and
HON. TODD PLEWE, Judge, 22nd Judicial District,

    Defendants.

## ORDER TO AMEND CAPTION

Pursuant to Plaintiffs' Amended Complaint (Doc. # 43), it is ORDERED that the caption on subsequent filings in this matter shall be changed to reflect that the sole Plaintiff in this case is Marion Harper, as referenced in the above caption.

DATED: May  23 , 2013

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge